# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NAOMI R. DAMON**                                                                          **PLAINTIFF**

v.                                      No. 1:14-cv-116-DPM

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                         **DEFENDANT**

## ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 September 2015