# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

NAOMI R. DAMON                                                    PLAINTIFF

v.                           No. 1:14-cv-116-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                      DEFENDANT

## JUDGMENT

Damon's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2015